UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
APR - 3 2017
RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED APR - 3 2017
CLERK

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| LOCAL 58, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (IBEW), AFL-CIO | ) | |
| Petitioner | ) | No. 17-1058 |
| v. | ) | Board Case No. 07-CB-149555 |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| Respondent | ) | |

17-1108

ORIGINAL

**CROSS-APPLICATION FOR ENFORCEMENT OF AN ORDER OF THE NATIONAL LABOR RELATIONS BOARD**

The National Labor Relations Board hereby cross-applies to the Court for enforcement of its Order issued against Local 58, International Brotherhood of Electrical Workers (IBEW), AFL-CIO on February 10, 2017, in Board Case No. 07-CB-149555, reported at 365 NLRB No. 30. On February 21, 2017, the Petitioner, Local 58, International Brotherhood of Electrical Workers (IBEW), AFL-CIO, filed a petition with this Court to review the same Board Order. The Board seeks enforcement of its Order in full.

The Court has jurisdiction over this cross-application pursuant to Section 10(e) and (f) of the National Labor Relations Act, as amended (29 U.S.C. § 160(e) and (f)), because the Petitioner is aggrieved by the Board's Order. Venue is proper in this Circuit under Section 10(f) of the Act.

Linda Dreeben
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street SE
Washington, DC 20570-0001
(202) 273-2960

Dated at Washington, D.C.
April 3, 2017

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
APR - 3 2017
RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED APR - 3 2017
CLERK

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| LOCAL 58, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (IBEW), AFL-CIO | ) | |
| Petitioner | ) | No. 17-1058 |
| v. | ) | Board Case No. 07-CB-149555 |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| Respondent | ) | |

17-1108

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2017, I filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia via hand-delivery. I certify that the foregoing document is being served today by first-class mail upon the following counsel:

Robert D. Fetter, Esq.
Miller Cohen, P.L.C.
600 West Lafayette, 4th Floor
Detroit, MI 48226

Linda Dreeben
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street SE
Washington, DC 20570-0001

Dated at Washington, D.C.
April 3, 2017

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED APR - 3 2017
CLERK

United States Government

**NATIONAL LABOR RELATIONS BOARD**

**OFFICE OF THE GENERAL COUNSEL**

Washington, DC 20570

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
APR - 3 2017
RECEIVED

April 3, 2017

Mark J. Langer
Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW, Rm. 5423
Washington, DC 20001-2866

17-1108

ORIGINAL

Re: *Local 58, International Brotherhood of Electrical Workers (IBEW), AFL-CIO v. NLRB*
D.C. Circuit No. 17-1058
Board Case No. 07-CB-149555

Dear Mr. Langer:

I am enclosing the original and four copies of the National Labor Relations Board's cross-application for enforcement of its Order in this case.

Please serve a copy of the cross-application on the Petitioner, Local 58, International Brotherhood of Electrical Workers (IBEW), AFL-CIO, whose address appears on the service list. I have served a copy of the cross-application on each party admitted to participate in the Board proceedings, and their names and addresses also appear on the service list.

I am counsel of record for the Board, and all correspondence should be addressed to me. I would appreciate your furnishing the Board's Regional Director, whose name and address also appear on the service list, with a copy of any

correspondence the Court sends to counsel in this case. The Board attorneys directly responsible for this case are Jill Griffin (202) 273-2949and Michael Hickson (202) 273-2985.

Very truly yours,

Linda Dreeben /ADB

Linda Dreeben
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street SE
Washington, DC 20570-0001
(202) 273-2960

Enclosure(s)

SERVICE LIST

*Local 58, International Brotherhood of Electrical Workers (IBEW), AFL-CIO v. NLRB*

Board Case No. 07-CB-149555

| | |
|---|---|
| Robert D. Fetter, Esq.<br>Miller Cohen, P.L.C.<br>600 West Lafayette, 4th Floor<br>Detroit, MI 48226 | Petitioner's Counsel |
| Ken Rowsinski<br>Local 58, International Brotherhood of Electrical Workers (IBEW), AFL-CIO<br>1358 Abbott Street<br>Detroit, MI 48226 | Petitioner |
| Carmella L. Thomas<br>International Brotherhood of Electrical Workers, AFL-CIO<br>900 7th St, NW<br>Washington, DC 20001-3720 | Petitioner |
| Amanda K. Freeman, Esq.<br>Glenn M. Taubman, Esq.<br>National Right to Work Legal Defense Foundation<br>8001 Braddock Road, Suite 600<br>Springfield, VA 22160 | Charging Party's Counsel |
| Ryan Greene<br>63 Roberts Street<br>Sandusky, MI 48471-1440 | Charging Party |
| Steve Matthews<br>Paramount Industries, Inc.<br>304 North Howard Street<br>Croswell, MI 48422 | Involved Party |

Terry A. Morgan
Regional Director
NLRB – Region 7
Regional Office
477 Michigan Avenue, Room 300
Detroit, MI 48226-2569

Resident Office
Gerald R. Ford Federal Building
110 Michigan St. NW, Room 299
Grand Rapids, MI 49503-2363